___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

JUN 17 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

June 13, 2019

United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201-2605
ATTN: The Honorable E.L. Hollander

Ref: USA v. Baldwin
Case No.: ELH-1-17-CR-00165-00

Dear Judge Hollander:

I am writing, hoping you can be of assistance. On March 27, 2017, I was arrested in relation to the above noted case number. At that time both a large dollar amount and I-Phones were forfeited. I understand the Court's retaining the money, but I would appreciate it's returning all I-phone's. If this is a matter of formally petitioning the Court, then I would ask that it advise me so. I won't burden you any further. I would like all I-phones that were confiscated returned to me. Please advise. Note: C-Plea was forfeiture of money only.

Respectfully,

Kevin Baldwin
# 15185-016

Address: LSCI Allenwood
P.O. Box 1000, White Deer, PA 17887

INMATE NAME/NUMBER: MR. Kevin (Baldwin) 15185-016
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD LSCI
P.O. BOX 1000
WHITE DEER, PA 17887

HARRISBURG PA 171

13 JUN 2019 PM 3 L

⇔15185-016⇔
District Court
101 W Lombard ST
Attn. HON. Hollander
Baltimore, MD 21201-2605
United States

FILED ____ ENTERED
____ LOGGED 5z-S ____ RECEIVED

JUN 17 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                    DEPUTY

Inspected by Court Security Officer
JUN 4 REC'D

21201-260599

CRS